468 A.2d 257

**Barbara CHASE, Petitioner**

v.

**COMMONWEALTH of Pennsylvania.**

**Allocatur Docket No. 427 E.D.**

Supreme Court of Pennsylvania.

Nov. 15, 1983.

## ORDER

PER CURIAM:

Petition for Allowance of Appeal granted, and order of the Superior Court vacated. The matter is remanded to the Superior Court for consideration and disposition of the appeal as timely filed.